IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01422-EWN-BNB

JEFF HAMPEL, M.D.,

Plaintiff,

v.

MAD HOLDINGS, INC., f/d/b/a MAD ADVENTURES, INC.,

Defendant.

_____

### ORDER

_____

This matter is before me on the **Plaintiff's Unopposed Motion to Stay Proceedings** (the

"Motion"), filed October 14, 2005.  The Motion is GRANTED.

This is a personal injury case arising from injuries sustained by the plaintiff during a white

water rafting trip.  According to the Motion:

> At the time of the plaintiff's injuries, the defendant was insured by
> Colorado Western Insurance Company (CWIC).  On January 31,
> 2005, the District Court for the City and County of Denver ordered
> that CWIC be liquidated.  Under the terms of that Court's order, all
> claims against CWIC insureds must be made by filing a proof of
> claim.

Motion, p.1.  The plaintiff seeks a stay of proceedings "for a reasonable time" to allow the proof

of claim process against Colorado Western Insurance Company to be completed.  Id.

Good cause having been shown, and with the approval of the district judge:

IT IS ORDERED that the Motion is GRANTED, and the case is stayed to and including

**February 10, 2006**.

IT IS FURTHER ORDERED that the plaintiff shall file a status report within 10 days of receiving any decision on his claim against Colorado Western Insurance Company.

IT IS FURTHER ORDERED that a status conference is set for **February 10, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to review the status of the plaintiff's claim against Colorado Western Insurance Company and to set new scheduling dates as appropriate.

Dated November 10, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

2