**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   05-CV-01422-EWN-BNB

Jeff Hampel, M.D.,
         Plaintiff,

v.

Mad Holdings, Inc., f/d/b/a/ Mad Adventures, Inc.,
         Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)**

      **THIS MATTER**, having come before the Court on the parties' Stipulation for Dismissal With Prejudice, the Court having reviewed same and being fully advised in the premises;

      **IT HEREBY ORDERED**:

      1.    That the above matter is dismissed in its entirety with prejudice; and

      2.    That each party shall pay its own attorney's fees and costs.

      **DATED** this 4th day of August, 2006.

                             **BY THE COURT:**

                             s/ Edward W. Nottingham
                             EDWARD W. NOTTINGHAM
                             United States District Judge